1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   MANUEL QUEVEDO-RAMIREZ
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. 1:19-cr-00055 NONE
12 |                                 | Case No. 1:20-cr-00066 DAD
   |         *Plaintiff,*            |
13 |     v.                          | STIPULATION TO CONTINUE
   |                                 | SENTENCING; ORDER
14 |                                 |
   | MANUEL QUEVEDO-RAMIREZ,         |
15 |                                 |
   |         *Defendant.*            | DATE:   August 10, 2020
16 |                                 | TIME:   11:00 a.m.
   |                                 | JUDGE:  Hon. Dale A. Drozd
17

18

19     **IT IS HEREBY STIPULATED** by and between the parties, through their respective

20 counsel, that the sentencing hearing in Case No. 1:19-cr-00055 NONE, scheduled for July 16,

21 2020, may be continued to August 10, 2020, or the soonest date thereafter convenient to the

22 Court. The parties further request that Disposition in Case No. 1:20-cr-00066 DAD also be

23 continued to August 10, 2020.

24     The PSR has been received, but due to oversight informal objections were not filed.

25 Defense counsel believes the existing guideline calculations are inaccuarte. Probation is willing

26 to entertain informal objections at this time provided sentencing can be continued and the time

27 for informal objections reset accordingly. The parties request that sentencing and the

28 corresponding filing dates be continued to allow time to attempt to resolve any disputes prior to

sentencing, and hopefully eliminate the need for objections to be addressed at sentencing.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED:  June 29, 2020 | /s/ *Laura D. Withers*<br>LAURA D. WITHERS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  June 29, 2020 | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>MANUEL QUEVEDO-RAMIREZ |

**ORDER**

**IT IS SO ORDERED**. The sentencing for Manuel Quevedo-Ramirez in Case No. 1:19-cr-00055 NONE, and Disposition in Case No. 1:20-cr-00066 DAD are continued to August 10, 2020.

IT IS SO ORDERED.

Dated:  **June 29, 2020**                        *Dale A. Drozd*
                                                                     UNITED STATES DISTRICT JUDGE