1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   MANUEL QUEVEDO-RAMIREZ
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00055 NONE
                                 Case No. 1:20-cr-00066 DAD
12 | *Plaintiff,*

13 | v. | STIPULATION TO CONTINUE
          SENTENCING;
14 |    | ORDER
   | MANUEL QUEVEDO-RAMIREZ,
15
   | *Defendant.* | DATE:  September 17, 2020
16                  TIME:  10:00 a.m.
                    JUDGE: Hon. Dale A. Drozd
17

18

19     **IT IS HEREBY STIPULATED** by and between the parties, through their respective

20 counsel, that the sentencing hearing in Case No. 1:19-cr-00055 NONE, scheduled for September

21 4, 2020, may be continued to September 17, 2020, or the soonest date thereafter convenient to

22 the Court. The parties further request that Disposition in Case No. 1:20-cr-00066 DAD also be

23 continued to September 11, 2020.

24     Since Mr. Quevedo-Ramirez entered his plea agreement, the parties have reached a

25 further agreement that will result in a joint sentencing recommendation to the Court. However,

26 because the sentencing agreement modifies the previously entered plea agreement, the parties

27 have prepared a supplemental written agreement for Mr. Quevedo-Ramirez to sign and file with

28 the court prior to sentencing. The signed supplemental agreement has not yet been received by

defense counsel and it is doubtful this will occur prior to the current sentencing date. The parties request a short continuance to allow time for receipt and filing of the signed supplemental agreement prior to sentencing.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 31, 2020

/s/ *Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 31, 2020

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MANUEL QUEVEDO-RAMIREZ

**ORDER**

**IT IS SO ORDERED**. The sentencing for Manuel Quevedo-Ramirez in Case No. 1:19-cr-00055 NONE, and Disposition in Case No. 1:20-cr-00066 DAD are continued to September 17, 2020.

IT IS SO ORDERED.

Dated:   **August 31, 2020**

UNITED STATES DISTRICT JUDGE